United States Courts
Southern District of Texas
FILED
*January 14, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | §    Criminal No.: **4:26-cr-00025** <br> § |
| JOLID BUSTAMANTE, <br>   aka "Marino" | § <br> § |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### 21 U.S.C. § 846
### Conspiracy to Distribute Cocaine and Methamphetamine

Beginning on or about June 3, 2025, and continuing until on or about October 6, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,
aka "Marino,"**

knowingly and intentionally conspired to distribute at least five kilograms of cocaine and at least fifty grams of methamphetamine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A)(ii), and (b)(1)(A)(viii).

### Count Two
### 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
### Possession with Intent to Distribute Methamphetamine

On or about June 3, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,
aka "Marino,"**

knowingly and intentionally possessed with intent to distribute at least fifty grams of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

**Count Three**
**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with Intent to Distribute Methamphetamine**

On or about June 4, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,**
aka "Marino,"

knowingly and intentionally possessed with intent to distribute at least fifty grams of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

**Count Four**
**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with Intent to Distribute Methamphetamine**

On or about June 11, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,**
aka "Marino,"

knowingly and intentionally possessed with intent to distribute at least fifty grams of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

///

## Count Five
### 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
**Possession with Intent to Distribute Methamphetamine**

On or about June 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,**
aka "Marino,"

knowingly and intentionally possessed with intent to distribute at least fifty grams of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## Count Six
### 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)
**Possession with Intent to Distribute Cocaine**

On or about October 6, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JOLID BUSTAMANTE,**
aka "Marino,"

knowingly and intentionally possessed with intent to distribute at least five kilograms of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(ii).

## Notice of Criminal Forfeiture
### 21 U.S.C. § 853

Pursuant to Title 21, United States Code, Section 853, the United States hereby gives notice to Defendant

**JOLID BUSTAMANTE,**
aka "Marino,"

that in the event of a conviction for a violation of Title 21, United States Code, Section 846 as alleged in Count One, or a conviction for a violation of Title 21, United States Code, Section 841 as alleged in Counts Two through Six, the following a subject to forfeiture:

1.     all property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and

2.     all property used or intended to be used in any manner or part to commit or facilitate the commission of such offense.

## Money Judgment

In the event of conviction of any Count of the Indictment, the United States may seek a money judgment.

## Substitute Property

If any of the property described above, as a result of any act or omission of Defendant:

1.     cannot be located upon exercise of due diligence,

2.     has been transferred or sold to, or deposited with, a third party,

3.     has been placed beyond the jurisdiction of the Court,

4.     has been substantially diminished in value, or

5     has been commingled with other property that cannot be divided without difficulty,

///

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
SHAWN J. NELSON
ASSISTANT UNITED STATES ATTORNEY